# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arcy E. Crute<br>    Debtor(s)<br><br>U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), its successors and/or assigns<br>    Movant<br>  vs.<br><br>Arcy E. Crute<br>    Debtor(s)<br><br>Shanta Mauro<br>Scott Waterman<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 19-10323 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), which was filed with the Court on or about **April 8, 2019, docket number 23**.

             Respectfully submitted,

           By: **/s/ Rebecca A. Solarz, Esquire**
             Rebecca A. Solarz, Esquire
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322
             Attorney for Movant/Applicant

June 11, 2019