**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ARCY CRUTE,<br>Debtor(s). | Case No. 19-10323JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,500.00** is allowed and the balance due to counsel in the amount of **$4,000.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

**Date: June 20, 2019**

_____
HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE