**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                :Chapter 13

Arcy E. Crute


(DEBTOR)                                                         :BankruptcyNo.19-10323JKF13


## ADDENDUM TO AMENDED PLAN FILED 3/3/2020

      The base amount of the plan is increased to $40,608.07. Debtor will pay an additional $608.07 prior to Discharge.


Date: March 18, 2020                    BY: /s/ Michael A. Cataldo
                                        MICHAEL A. CATALDO, ESQUIRE
                                        Cibik & Cataldo, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA  19102
                                        215-735-1060/fax 215-735-6769