**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                   :Chapter 13

Arcy E. Crute


(DEBTOR)                                                        :BankruptcyNo.19-10323JKF13


## SECOND ADDENDUM TO AMENDED PLAN FILED 3/3/2020


The base amount of the plan is increased to $41,353 . Debtor will pay an additional $1,353 in addition to the scheduled payments prior to Discharge.



Date: April 1, 2020                                    BY: /s/ Michael A. Cataldo
                                                                    MICHAEL A. CATALDO, ESQUIRE
                                                                    Cibik & Cataldo, P.C.
                                                                    1500 Walnut Street, Suite 900
                                                                    Philadelphia, PA  19102
                                                                    215-735-1060/fax 215-735-6769