**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :        CHAPTER 13

Arcy E. Crute
    DEBTOR           :    BKY. NO.  19-10323JKF13

**ORDER**

AND NOW, this          day of          2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed March 3, 2020 as document number 46  is approved.

By the Court:

*[signature]*

**Date: April 2, 2020**

Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE