**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ARCY E. CRUTE<br><br>Debtor(s). | Case No. 19-10323JKF13<br>Chapter 13 |

**NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION**

To the Debtor(s), Creditors, and Interested Parties, notice is given that:

1. Cibik & Cataldo, P.C., Counsel for Debtor(s) in the above captioned matter, has filed a Supplemental Application for Compensation with the United States Bankruptcy Court seeking approval of counsel fees and expenses in the amount of **$750.00** for services rendered on behalf of the Debtor(s) in this matter.

2. The aforesaid Supplemental Application for Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107 and is available there for inspection.

3. Any answer, objection, or responsive pleading with respect to the aforesaid Supplemental Application must be filed with the Court and served upon Counsel for Debtor(s) within twenty (20) days of this notice.

4. In the absence of any answers, objections, or responsive pleadings, Counsel for Debtor(s) will certify that the aforesaid Supplemental Application is unopposed and that an order may be signed granting the requested relief.

Dated:  4/7/ 2020

By: /s/ Michael A. Cataldo, Esq.
CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
ecf@ccpclaw.com