**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :         CHAPTER 13

Arcy E. Crute

        DEBTOR                          :         BKY. NO.  19-10323JKF13

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO  MODIFY PLAN AFTER CONFIRMATION  was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

        Respectfully submitted,

DATE:  April 27, 2020                            _____/s/_____
        MICHAEL A. CATALDO
        CIBIK & CATALDO, P.C.
        1500 WALNUT STREET, STE. 900
        PHILADELPHIA, PA 19102
        (215) 735-1060