**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ARCE CRUTE             :        Chapter 13

(DEBTOR)                      :        Bankruptcy No. 19-10323JKF13

**O R D E R**

AND NOW, this 30th day of April, 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $750 are Approved to Cibik & Cataldo, P.C. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee may pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

_Jean K. Fitzsimon_
Hon. JEAN K. FITZSIMON
U.S. Bankruptcy Judge