**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13

Arcy E. Crute
          DEBTOR                     :     BKY. NO.  19-10323JKF13


**ORDER**


          AND NOW, this          day of          2020, upon consideration of

Debtor's Motion to Modify Chapter 13 plan after Confirmation

          It is hereby Ordered that the motion is Granted and the *Second*

*Modified Plan*  filed April 6, 2020 as document number 57  is approved.


                              By the Court:

                              _Jean K. FitzSimon_ _____

**Date: May 13, 2020**          Hon. Jean K. FitzSimon
                              U.S. BANKRUPTCY JUDGE