IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ARCY E. CRUTE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | Case No.: 19-10323 (JKF) |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | Hearing Date: 2-5-20 at 9:30 AM |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| ARCY E. CRUTE ) | |
| APRIL CRUTE ) | 11 U.S.C. 1301 |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about June 16, 2020 in the above matter is APPROVED.

Dated: June 22, 2020

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
U.S. Bankruptcy Judge