| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10323-AMC

ARCY E CRUTE
6332 REEDLAND STREET
PHILADELPHIA  PA    19142

Petition Filed Date: 01/17/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2019 | $400.00 | | 03/18/2019 | $400.00 | | 03/22/2019 | $400.00 | |
| 03/26/2019 | ($400.00) | Reverse Trans: | 04/18/2019 | $400.00 | | 05/20/2019 | $400.00 | |
| 07/08/2019 | $400.00 | | 08/19/2019 | $400.00 | | 09/26/2019 | $400.00 | Monthly Plan P |
| 10/23/2019 | $500.00 | | 11/25/2019 | $685.00 | | 12/26/2019 | $600.00 | |
| 01/28/2020 | $400.00 | | 03/23/2020 | $745.00 | | 05/18/2020 | $479.00 | |
| 07/01/2020 | $479.00 | | 08/03/2020 | $479.00 | | | | |

**Total Receipts for the Period:  $7,167.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,167.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICREDIT FINANCIAL SERVICES<br>»» 005 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 6 | HOME AT FIVE<br>»» 006 | Unsecured Creditors | $248.45 | $0.00 | $248.45 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,523.00 | $1,336.09 | $3,186.91 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $455.28 | $0.00 | $455.28 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $409.48 | $0.00 | $409.48 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,986.88 | $0.00 | $1,986.88 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $27,499.98 | $0.00 | $27,499.98 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $581.49 | $0.00 | $581.49 |
| 10 | CIBIK & CATALDO PC<br>»» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

Chapter 13 Case No. 19-10323-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,167.00 | Current Monthly Payment: | $479.00 |
| Paid to Claims: | $6,086.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $649.81 | Total Plan Base: | $41,176.00 |
| Funds on Hand: | $431.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.