| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10323-AMC**

ARCY E CRUTE
6332 REEDLAND STREET
PHILADELPHIA  PA   19142

Petition Filed Date: 01/17/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $400.00 | | 03/23/2020 | $745.00 | | 05/18/2020 | $479.00 | |
| 07/01/2020 | $479.00 | | 08/03/2020 | $479.00 | | 09/01/2020 | $479.00 | |
| 10/05/2020 | $479.00 | | 11/02/2020 | $479.00 | | 12/01/2020 | $479.00 | |
| 01/06/2021 | $479.00 | | 02/02/2021 | $479.00 | | 03/01/2021 | $479.00 | |
| 03/29/2021 | $479.00 | | 05/03/2021 | $479.00 | | 06/01/2021 | $479.00 | |

**Total Receipts for the Period: $7,372.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,957.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Unsecured Creditors | $1,438.96 | $0.00 | $1,438.96 |
| 5 | AMERICREDIT FINANCIAL SERVICES<br>»» 005 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 6 | HOME AT FIVE<br>»» 006 | Unsecured Creditors | $248.45 | $0.00 | $248.45 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,523.00 | $4,523.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $455.28 | $0.00 | $455.28 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $409.48 | $0.00 | $409.48 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,986.88 | $0.00 | $1,986.88 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $27,499.98 | $1,199.32 | $26,300.66 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $581.49 | $16.43 | $565.06 |
| 10 | CIBIK & CATALDO PC<br>»» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

Chapter 13 Case No. 19-10323-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,957.00 | Current Monthly Payment: | $479.00 |
| Paid to Claims: | $10,488.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,028.22 | Total Plan Base: | $41,176.00 |
| Funds on Hand: | $440.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.