# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-10323-amc |
| | : | |
| Arcey E. Crute, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Claim No. 11 |

## Praecipe to Withdraw Claim No. 11

To the Clerk of Court:

Kindly withdraw Claim No. 11, which was added to this case in error. Thank you.

Date: December 10, 2021

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com