# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-10323-amc |
| | : | |
| Arcy E. Crute, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 90-91 |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the parties listed below by first class mail or through the CM/ECF system.

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman
ECFMail@ReadingCh13.com

U.S. Bank, N.A.
lhaller@pkh.com
bkgroup@kmllawgroup.com

City of Philadelphia Law Department
Bankruptcy Group
1401 John F. Kennedy Blvd. 5th Floor
Philadelphia, PA 19102

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

I further certify that on this date, notice of the Debtor's Motion to Modify Chapter 13 Plan was served on the parties listed below by first class mail.

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

AmeriCredit Financial Services, Inc
PO Box 183853
Arlington, TX 76096

Home At Five
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

|  |  |
|---|---|
| Dated: January 19, 2022 | /s/ Michael I. Assad<br>Michael I. Assad (#330937)<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>mail@cibiklaw.com |

4