# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 19-10323-amc |
|---|---|---|
|  | : |  |
| Arcy E. Crute, | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Related to ECF No. 94 |

**Praecipe to Withdraw Supplement to Motion to Modify Chapter 13 Plan**

To the Clerk of Court:

Kindly withdraw the Supplement to Debtor's Motion to Modify Chapter 13 Plan, ECF No. 94, which was filed with the court on January 27, 2022. Thank you.

Dated: February 1, 2022

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael A. Cibik (#23110)
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com