# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-10323-amc |
| | : | |
| Arcy E. Crute, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 90 |

**Certificate of No Response Concerning Debtor's Motion to Modify Chapter 13 Plan**

I hereby certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Debtor's Motion to Modify Chapter 13 Plan filed on January 19, 2022. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed on January 19, 2022, objections to the motion were to be filed and served no later than February 9, 2022.

Dated: February 11, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com