IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-10323-amc |
| | : | |
| Arcy E. Crute, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 90 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, after consideration of the Debtor's Motion to Modify Chapter 13 Plan and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Amended Third Modified Plan filed as ECF No. 96 is **APPROVED**.

BY THE COURT:

**Date: February 16, 2022**

Ashely M. Chan
*U.S. Bankruptcy Judge*