United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                     Case No. 19-10323-amc
Arcy E. Crute                                                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arcy E. Crute, 6332 Reedland Street, Philadelphia, PA 19142-2912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                                           Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

**Name**                                      **Email Address**

LEON P. HALLER
           on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
           FINANCE AGENCY). lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL A. CIBIK
           on behalf of Debtor Arcy E. Crute mail@cibiklaw.com

MICHAEL I. ASSAD
           on behalf of Debtor Arcy E. Crute mail@cibiklaw.com

POLLY A. LANGDON
           on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
           on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
           FINANCE AGENCY). bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 16, 2022     Form ID: pdf900     Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 19-10323-amc |
|---|---|---|
| Arcy E. Crute, | : | Chapter 13 |
| Debtor. | : | Related to ECF No. 90 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, after consideration of the Debtor's Motion to Modify Chapter 13 Plan and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Amended Third Modified Plan filed as ECF No. 96 is **APPROVED**.

BY THE COURT:

**Date: February 16, 2022**

Ashely M. Chan
*U.S. Bankruptcy Judge*