**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Arcy E. Crute | | |
| DEBTOR | : | BKY. NO. 19-10323AMC13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

                                              Respectfully Submitted,

Date: April 7, 2022                     /s/ Michael A. Cibik
                                              MICHAEL A. CIBIK, ESQUIRE
                                              CIBIK LAW, P.C.
                                              1500 WALNUT STREET, STE. 900
                                              PHILADELPHIA, PA 19102
                                              (215) 735-1060