**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Arcy E. Crute                :        Chapter13

DEBTOR                                :        Bankruptcy No. 19-10323AMC13

## Certificate of Service

I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Fee Application filed as ECF No. 104, together with the associated order and notice was served upon all interested parties by first class mail and/or electronic means on March 23, 2022.

Date: 4/8/2022                        Respectfully submitted,


                                      BY: /s/ Michael A. Cibik
                                      MICHAEL A. CIBIK, ESQUIRE
                                      Cibik Law, P.C.
                                      1500 Walnut Street, Suite 900
                                      Philadelphia, PA   19102
                                      215-735-1060/fax 215-735-6769