# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Arcy E. Crute                :        Chapter 13

DEBTOR                                :        Bankruptcy No. 19-10323AMC13

## ORDER

    AND NOW, this _____ day of _____, 20__ upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

    It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$300.00** is **ALLOWED** to Cibik Law, P.C.   The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

**Date: April 15, 2022**

By the Court:

_____
HON. Ashely M. Chan
U.S. Bankruptcy Judge