| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10323-AMC

ARCY E CRUTE
6332 REEDLAND STREET
PHILADELPHIA PA   19142

Petition Filed Date: 01/17/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $479.00 | | 06/01/2021 | $479.00 | | 07/06/2021 | $479.00 | |
| 08/16/2021 | $479.00 | | 09/07/2021 | $479.00 | | 10/05/2021 | $479.00 | |
| 11/02/2021 | $479.00 | | 12/09/2021 | $479.00 | | 02/07/2022 | $640.00 | |
| 03/14/2022 | $640.00 | | 04/04/2022 | $640.00 | | 05/09/2022 | $640.00 | |
| 06/07/2022 | $640.00 | | 07/07/2022 | $640.00 | | | | |

**Total Receipts for the Period: $7,672.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,671.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICREDIT FINANCIAL SERVICES »» 004 | Unsecured Creditors | $1,438.96 | $0.00 | $1,438.96 |
| 5 | AMERICREDIT FINANCIAL SERVICES »» 005 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 6 | HOME AT FIVE »» 006 | Unsecured Creditors | $248.45 | $0.00 | $248.45 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $4,523.00 | $4,523.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $455.28 | $0.00 | $455.28 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $409.48 | $0.00 | $409.48 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $1,986.88 | $0.00 | $1,986.88 |
| 8 | PA HOUSING FINANCE AGENCY »» 008 | Mortgage Arrears | $27,499.98 | $6,679.52 | $20,820.46 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $581.49 | $131.65 | $449.84 |
| 10 | CIBIK LAW, PC »» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 10 | PA HOUSING FINANCE AGENCY »» 08P | Secured Creditors | $6,379.51 | $683.13 | $5,696.38 |

**Chapter 13 Case No. 19-10323-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,671.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $17,067.30 | Arrearages: | $880.00 |
| Paid to Trustee: | $1,594.08 | Total Plan Base: | $48,111.00 |
| Funds on Hand: | $9.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.