United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10323-amc |
| Arcy E. Crute | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arcy E. Crute, 6332 Reedland Street, Philadelphia, PA 19142-2912 |
| 14259997 | | April Crute, 806 Sewell Avenue, Yeaden, PA |
| 14654793 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14260011 | + | Media Members Federal, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 14260012 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14260013 | | PA. Housing Finance Authority, 211 N Front Street, Harrisburg, PA 17101-1406, Attn: John Goryl, Esquire |
| 14260016 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14289029 | + | U.S. Bank National Association, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14295367 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14289024 | + | US Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group,PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2023 23:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14259995 | | Email/Text: ebn@21stmortgage.com | May 03 2023 23:45:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 14259996 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2023 23:45:00 | AmeriCredit Financial Services, Inc, PO Box 183853, Arlington, TX 76096 |
| 14282807 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2023 23:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14282974 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2023 23:45:00 | Americredit Financial Services, Inc., d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX |
| 14342128 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, |

Case 19-10323-amc    Doc 116    Filed 05/05/23    Entered 05/06/23 00:31:19    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14260002 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14260003 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14259998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:53:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14259999 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2023 23:52:45 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14260000 | + | Email/Text: ecf@ccpclaw.com | May 03 2023 23:44:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14260004 | + | Email/Text: bankruptcy@philapark.org | May 03 2023 23:45:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14260005 | ^ | MEBN | May 03 2023 23:40:41 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14260006 | ^ | MEBN | May 03 2023 23:40:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14260007 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 03 2023 23:53:29 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14278642 | + | Email/Text: bankruptcy@sccompanies.com | May 03 2023 23:45:00 | Home At Five, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14260008 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 23:45:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14260009 | ^ | MEBN | May 03 2023 23:40:57 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14264051 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:52:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14264054 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2023 23:52:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14260010 | | Email/Text: ml-ebn@missionlane.com | May 03 2023 23:44:00 | Lendup Card Services I, Attn: Bankruptcy, LendUp, 237 Kearny St #197, San Francisco, CA 94108 |
| 14260016 | ^ | MEBN | May 03 2023 23:41:00 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14260014 | | Email/Text: bankruptcygroup@peco-energy.com | May 03 2023 23:45:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14260017 | + | Email/Text: bankruptcy@philapark.org | May 03 2023 23:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14260018 | + | Email/Text: bankruptcy@sccompanies.com | May 03 2023 23:44:00 | Stoneberry, PO BOX 800849, Dallas, TX 75380-0849 |
| 14260019 | | Email/Text: DASPUBREC@transunion.com | May 03 2023 23:44:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14282975 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 37 |

|  |  | filed with court:, Americredit Financial Services,Inc., d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
|---|---|---|
| 14282813 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14260001 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14260015 | ##+ | Peoples Commerce, Inc, 1001 West Ridge Pike, Conshohocken, PA 19428-1015 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023                    Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Arcy E. Crute mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Arcy E. Crute mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    ARCY E CRUTE
                                                  Bankruptcy No. 19-10323-AMC

          Debtor

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 3, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE