Certificate Number: 16339-PAE-DE-037454624

Bankruptcy Case Number: 19-10323



16339-PAE-DE-037454624

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 23, 2023</u>, at <u>10:02</u> o'clock <u>PM EDT</u>, <u>Arcy Crute</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 23, 2023</u>           By:    <u>/s/Kelley Tipton</u>

                                   Name:  <u>Kelley Tipton</u>

                                   Title:  <u>Certified Financial Counselor</u>