Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-10323-AMC**

ARCY E CRUTE  
6332 REEDLAND STREET  
PHILADELPHIA  PA   19142

Petition Filed Date: 01/17/2019  
341 Hearing Date: 03/01/2019  
Confirmation Date: 06/19/2019

Case Status: Dismissed After Confirmation on 5/ 3/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $640.00 | | 09/28/2022 | $640.00 | | 11/08/2022 | $640.00 | |
| 12/27/2022 | $640.00 | | 02/14/2023 | $640.00 | | 03/27/2023 | $680.00 | |
| 05/09/2023 | $680.00 | | | | | | | |

**Total Receipts for the Period: $4,560.00    Amount Refunded to Debtor Since Filing: $690.21    Total Receipts Since Filing: $23,231.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Unsecured Creditors | $1,438.96 | $0.00 | $1,438.96 |
| 5 | AMERICREDIT FINANCIAL SERVICES<br>»» 005 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 6 | HOME AT FIVE<br>»» 006 | Unsecured Creditors | $248.45 | $0.00 | $248.45 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,523.00 | $4,523.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $455.28 | $0.00 | $455.28 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $409.48 | $0.00 | $409.48 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,986.88 | $0.00 | $1,986.88 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $27,499.98 | $9,436.52 | $18,063.46 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $581.49 | $189.36 | $392.13 |
| 10 | CIBIK LAW, PC<br>»» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 10 | PA HOUSING FINANCE AGENCY<br>»» 08P | Secured Creditors | $6,379.51 | $1,437.43 | $4,942.08 |
| 0 | ARCY E CRUTE | Debtor Refunds | $690.21 | $690.21 | $0.00 |

Chapter 13 Case No. 19-10323-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,231.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $21,326.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,904.48 | Total Plan Base: | $48,111.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.